# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

No. 23-1217,　In re: Graham Schiff
　　　　　　　1:23-mc-00065-JKB

## 1. Declaration of Inmate Filing

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:
- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

**Declaration of Inmate Filing**

Date NOTICE OF APPEAL deposited in institution's mail system: _____

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: _____　　Date: _____

[*Note to inmate filers*: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).]

[entire declaration box crossed out with large X]

---

## 2. Jurisdiction

Name of court or agency from which review is sought: U.S. District Court, Maryland

Date(s) of order or orders for which review is sought: 2/6/2023

## 3. Issues for Review

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.**

**Supporting Facts and Argument.**

**Issue 2.**

**Supporting Facts and Argument.**

**Issue 3.**

**Supporting Facts and Argument.**

**Issue 4.**

**Supporting Facts and Argument**


Miscellaneous No. 23-65 (U.S. District Court for the District of Maryland)

**Statement:**
This appeal concerns an issue, which may on the surface seem rather trivial, but will eventually go down in history as a disgrace of the federal court system in Maryland. On 2/1/2023, Schiff, in his capacity as a pro se litigant, sent an e-mail to Bredar, in his official capacity as Chief Justice. There were no threats, there was no harassing language, Schiff simply complained about issues he was having with the Clerk's Office, and also made mildly disparaging comments about judges who he believes purposely abused his rights.

Bredar, given his position, obviously knows the true meaning of threatening and harassing language in the federal legal context. Because of a bias he carries against Schiff, he decided to abuse the use of such language, because of a lack of emotional maturity on his part.

**Background:**
On 2/6/2023, Bredar issued an order barring Schiff from contacting any judge or staff member of U.S. District Court Maryland, because of an e-mail Schiff had sent on 2/1 (see attached appendix).

**Legal Arguments:**
Bredar's order violates Schiff's first amendment right to free speech, fifth and 14th amendment rights to due process, sixth amendment right to effective counsel (via his pro se status), and 14th amendment right to equal protection of law.

**First Amendment Free Speech (made applicable to Maryland via 14th Amendment):**
Schiff, as a citizen of Maryland, has an absolute right to contact federal judges, as long as no threats and/or other criminal acts are made. Bredar characterized Schiff's criticism of judges and court staff as "threatening and harassing" because he is upset that Schiff refuses to accept his rights being abused by judges and court staff.

**Sixth Amendment Right to Effective Assistance of Counsel:**
At the time of Schiff's e-mail, he had multiple pending filings in Bredar's court, of which he is represented pro se. The content of Schiff's e-mail to Bredar only concerned issues with the court and judges. Bredar's actions are especially egregious under these circumstances, claiming a pro se litigant complaining about corruption, constitutes "threatening and harassing" language. It should also be noted, Bredar essentially imposed a tax upon Schiff, ordering that he only use mail to communicate with the court, which costs money (see Stamp Act of 1765 for a comparative example).

**14th amendment right to equal protection of law:**
Bredar's actions violates Schiff's equal protection rights, by imposing arbitrary restrictions on Schiff's ability to communicate with the court. As said before: Bredar essentially imposed a tax upon Schiff, ordering that he only use mail to communicate with the court, which costs money. Schiff is entitled to the same rights as other Maryland citizens who have the right to communicate with federal judges via e-mail.

**Requested Relief:**
Plaintiff Graham Schiff asks the court to order Bredar to rescind the order barring Schiff from contacting judges via e-mail.

Also, an order restraining Bredar from enforcing his order barring Schiff from contacting judges via e-



mail.

Any other extraordinary relief deemed necessary or appropriate by the court.

Additionally, Schiff asks that the court issue a writ of mandamus and/or other extraordinary/appropriate relief, which restrains Bredar from ruling on any of Schiff's filings, or other matters which concern his status as the Chief Judge of Maryland Federal Court.

As such, Schiff requests that this court order a chief judge from a nearby federal district (such as the Eastern District of Virginia), to oversee Schiff's court matters, merely in the administrative capacities that a chief judge exercises in their position.

Additionally, Schiff asks that the court issue a permanent injunction barring Bredar from trying to use the e-mail sent to him by Schiff, as a means to bring about a Harassment or Stalking charge in Baltimore City Circuit Court. Schiff has been previously prosecuted for stalking and harassment, for contacting public officials, complaining about other public officials. While it seems crazy that the state court would allow such an e-mail to be the basis of a Harassment or Stalking charge under these circumstances, given the severe bias against Schiff by Bredar, it requires injunctive relief by this court.

Based on all the above requested relief, Schiff also asks for any other relief deemed necessary or appropriate by this court.

**Appendix:**
1) The e-mail sent to Bredar.



### 4. Relief Requested
Identify the precise action you want the Court of Appeals to take:

*See attached*

### 5. Prior appeals (for appellants only)
A. Have you filed other cases in this court? Yes [✓] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

*I forgot.*

_____
Signature
[Notarization Not Required]

*Graham Schiff*
_____
[Please Print Your Name Here]

### CERTIFICATE OF SERVICE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that on __3/14/23__ I served a copy of this Informal Brief on all parties, addressed as shown below: *No Defendant*

_____
Signature

**NO STAPLES, TAPE OR BINDING PLEASE**

Appendix 1

 Graham Schiff <grahamhschiff@gmail.com>

## Coming at You from the Due Process of Love Laboratory
1 message

**Graham Schiff** <grahamhschiff@gmail.com>　　　　　　　　　　Wed, Feb 1, 2023 at 2:14 PM
To: MDD_JKBChambers@mdd.uscourts.gov

Hello James,
　　Graham Schiff here, plaintiff, No. 22-3383, but you probably knew who I was before that was filed, correct? In case you forgot, I called your chambers on 10/6/2022………. Which also happens to be the same day Brett Kavanaugh and his wife had a fake arrest warrant issued against me.

Anyway, I was about to start ranting and raving about the aforementioned pending filing, but I need to bring something else to your attention first in your capacity as the chief:

If you go to my pending 2254 Habeas Case (#22-3332), you'll see that after motion to stay, there's a second motion to stay. This is not an actual stay motion, it's a 2241 petition I filed in jail, which I believe was sent out on the 6th or 7th (check the postmark on the envelope). So on one hand, we have this 2241 petition magically disappearing from the clerk's office, then magically reappearing on 12/30/22 as a "second motion to stay".

Additionally, in the prior 2241 case where Julie Rubin purposely ignored the basis of my petition to falsely rule in favor of Brett Kavanaugh, I sent out a reconsideration (alter/amend) motion that same day (12/6 or 12/7), and lo and behold, it magically disappeared.

Somewhat ironic, because the only reason I even e-mailed Ashley Kavanaugh, is because I had filings stolen out of the Supreme Court. Starting to notice a pattern here?

Now, that case concerns the false allegations made by Jeffrey Getty's daughter, and didn't Big Jeffrey work in the U.S. Attorney's Office at the same time you were the federal PD? Isn't that how he convinced former Assistant US. Attorney George Russell to sabotage my filing against the Allegany Sheriff?

So allow me to be really clear: As long as corruption in the court system is not affecting me, I have far more compelling things to be worrying about. Unfortunately, it is affecting me, and I would just hate to see your good name brought down because Jeffrey can't just accept the reality that it was not a very good idea to lock someone up for what amounts to completely legal, federally protected conduct (see: https://www.law.umich.edu/special/exoneration/Pages/casedetail.aspx?caseid=5525 or https://reason.com/volokh/2022/12/20/court-rejects-speech-integral-to-criminal-conduct-justification-for-harassment-prosecution/)



With these facts in mind, just wanted to make sure you're aware that I pay very close attention to what happens with all my filings in every court, state or federal.